[No. 48066-9-I. Division One. September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTJUAN ODEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-03080-7, Ronald Kessler, J., entered January 19, 2001. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Kennedy, JJ.

[No. 48146-1-I. Division One. September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN SAWYER POOLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-06179-6, Bruce W. Hilyer, J., entered February 2, 2001. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Coleman and Schindler, JJ.

[No. 48259-9-I. Division One. September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CESAR PONCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08121-5, Charles W. Mertel, J., entered March 16, 2001. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Agid, JJ.

[No. 48456-7-I. Division One. September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BENEDICT E. DEL ROSARIO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07559-2, Donald D. Haley, J., entered April 6, 2001. *Affirmed* by unpublished per curiam opinion.